Joseph H. Harrington
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 18 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRENT DREXEL HOWARD,<br><br>　　　　　Defendant. | **4:19-CR-6036-SMJ**<br><br>INDICTMENT<br><br>Vio:　18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Receipt of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Distribution of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 2251(a), (e)<br>Attempted Production of Child Pornography<br>(Count 4)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

Beginning on or about November 20, 2018, and continuing until on or about June 5, 2019, in the Eastern District of Washington and elsewhere, the Defendant, TRENT DREXEL HOWARD, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

Beginning on or about November 20, 2018, and continuing until on or about May 28, 2019, in the Eastern District of Washington and elsewhere, the Defendant, TRENT DREXEL HOWARD, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 3

On or about June 5, 2019, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were

INDICTMENT - 2

produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## COUNT 4

Beginning on an unknown date, but at least by on or about August 17, 2012, and continuing until on or about June 5, 2019, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of any of the child pornography charges in Counts 1 – 4 of this Indictment, the Defendant, TRENT DREXEL HOWARD, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

//
//
//
//
//

INDICTMENT - 3

any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

DATED this 18 day of June, 2019.

A TRUE BILL

_____
Fore

*[signature]*
Joseph H. Harrington
United States Attorney

*[signature]*
Ann T. Wick
Assistant United States Attorney

INDICTMENT - 4