William D. Hyslop
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 7 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRENT DREXEL HOWARD,<br><br>Defendant. | No. 4:19-CR-06036-SMJ<br><br>SUPERSEDING INDICTMENT<br><br>Vio: 18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Receipt of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Distribution of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 2251(a), (e)<br>Production and Attempted Production of Child Pornography<br>(Counts 4, 5, 9, 12)<br><br>18 U.S.C. § 2251(a), (e)<br>Attempted Production of Child Pornography<br>(Counts 6, 7, 8, 10, 11, 13, 14, 15)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

SUPERSEDING INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

Beginning on or about December 8, 2007, and continuing until on or about May 15, 2019, in the Eastern District of Washington and elsewhere, the Defendant, TRENT DREXEL HOWARD, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

Beginning on or about November 20, 2018, and continuing until on or about May 15, 2019, in the Eastern District of Washington and elsewhere, the Defendant, TRENT DREXEL HOWARD, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 3

On or about June 5, 2019, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and

foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## COUNT 4

Between on or about June 1, 2009, and on or about April 28, 2012, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly use and attempt to use a minor child, Minor 1, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 5

Between on or about March 24, 2008, and on or about August 4, 2013, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly use and attempt to use a minor child, Minor 2, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

SUPERSEDING INDICTMENT - 3

## COUNT 6

On or about September 3, 2012, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 3, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction actually transported in an affecting interstate and foreign commerce, using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 7

Between on or about April 5, 2011, and on or about July 17, 2012, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 4, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 8

Between on or about May 1, 2012, and on or about April 21, 2016, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 5, to engage in sexually explicit

conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 9

Between on or about May 1, 2012, and on or about April 21, 2016, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly use and attempt to use a minor child, Minor 6, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 10

Between on or about April 5, 2011, and on or about July 17, 2012, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 7, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 11

Between on or about April 5, 2011, and on or about July 17, 2012, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 8, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 12

On or about March 24, 2008, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly use and attempt to use a minor child, Minor 9, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 13

Between on or about January 1, 2010, and on or about January 23, 2015, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 10, to engage in sexually

explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 14

On or about October 28, 2008, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, Minor 11, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 15

Beginning on an unknown date, but at least by on or about December 31, 2011, and continuing until on or about February 7, 2014, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child, other than Minors 1-11, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using any means or facility of interstate and foreign commerce, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting

SUPERSEDING INDICTMENT - 7

interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a), (e), 18 U.S.C. § 2252A(a)(2)(A), (b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2) as alleged in Counts 1 – 15 of this Superseding Indictment, the Defendant, TRENT DREXEL HOWARD, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

Dated this 7 day of January 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Ann T. Wick
Assistant United States Attorney

SUPERSEDING INDICTMENT - 9