FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRENT DREXEL HOWARD,<br><br>Defendant. | No.  4:19-cr-06036-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDERS** |

The Court has reviewed the motions, stipulations, proposed protective orders, the case file, and the relevant legal authorities. The Court is fully informed and grants the parties stipulations to enter the proposed protective orders.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Stipulation for Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 44**, Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 45**, and the United States' related Motion to Expedite Hearing, **ECF No. 46**, are **GRANTED**.

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDERS – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Under Federal Rule of Criminal Procedure 16(d)(1), the parties' Stipulated Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 44-1**, and Stipulated Protective Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 45-1**, are **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of November 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDERS – 2