FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 23 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:19-CR-06036-SMJ |
| Plaintiff, | INFORMATION SUPERSEDING INDICTMENT |
| v. | |
| TRENT DREXEL HOWARD, | Vio: 18 U.S.C. § 2251(a), (e) Attempted Production of Child Pornography |
| Defendant. | 18 U.S.C. § 2253 Forfeiture Allegations |

The United States Attorney charges:

Beginning on an unknown date, but at least by on or about March 2008 and continuing through on or about June 5, 2019, in the Eastern District of Washington, the Defendant, TRENT DREXEL HOWARD, did knowingly attempt to use a minor child: Minor 1, Minor 2, Minor 3, Minor 4, Minor 5, Minor 6, Minor 7, Minor 8, Minor 9, Minor 10, Minor 11, Minor 12, Minor 13, and Minor 14, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual

INFORMATION SUPERSEDING INDICTMENT – 1

depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction to be produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a), (e), as alleged in this Information Superseding Indictment, the Defendant, TRENT DREXEL HOWARD, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the

INFORMATION SUPERSEDING INDICTMENT – 2

commission of such offenses, or any property traceable to such property, including, but not limited to:

- Camcorder, Sony, Model: CCD-TRV68, S/N: 180450;
- External HDD Western Digital Model: WDBACX0010BBL, S/N: WXH1E61FVHJ7, 1TB;
- External HDD Toshiba Model: HDTC610XK3B1, S/N: Y2DVTNHT0TSX3, 1TB;
- External HDD Western Digital Model: WDBGPU0010BBK, S/N: WXD1EA0HM853, 1TB;
- External HDD Western Digital Model: WDBGPU0010BBK, S/N: WXB1E2568KSJ, 1TB;
- External HDD Western Digital Model: WDBBEP0010BS, S/N: WX71E33ZMF14, 1TB;
- Dane-Elec red flash drive, 4GB;
- Two wireless cameras with no data storage capacity;
- Smoke alarm with pin camera, no storage;
- MicroSD card, Make: Patriot, 16GB;
- MicroSD card, Make: Kingston, 32GB;
- External HDD, Western Digital Model: WDBACYL5000ABK, S/N: WXE1E11MUX21, 500 GB;
- External HDD, Western Digital Model: WDBKXH5000ABL, S/N: WXE1E13ZWT26, 500 GB;
- MicroSD card, 8GB;
- MicroSD card, Make PNY, 8GB;
- MicroSD card, Make: SanDisk, 8GB;
- MicroSD card, Make: SanDisk, 8GB;

INFORMATION SUPERSEDING INDICTMENT – 3

- MicroSD card, Make: Transcend, 2GB;
- HDD Western Digital Model: WD1600BEVE, S/N: WXC608A71190, 160 GB;
- HDD, Western Digital, Model: WD400EB-00CPF0, S/N: WCAATE714122, 40 GB;
- HDD, Hitachi, Model: HDT725032VLA380, S/N: VFJ200R80DSZWX, 320 GB.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 23rd day of September, 2021.

Joseph H. Harrington
Acting United States Attorney

_____
Ann T. Wick
Assistant United States Attorney

INFORMATION SUPERSEDING INDICTMENT – 4