FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 3 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

PENALTY SLIP
INFORMATION SUPERSEDING INDICTMENT
4:19-CR-06036-SMJ

DEFENDANT NAME: **TRENT DREXEL HOWARD**

TOTAL NO. COUNTS: 1

**VIO: 18 U.S.C. § 2251(a), (e)**

**Attempted Production of Child Pornography**

PENALTY: CAG not less than 15 years, nor more than 30 years;
and/or $250,000 fine;
not less than 5 years, nor more than life, supervised release;
$100 special penalty assessment;
An assessment up to $50,000, pursuant to 18 U.S.C. § 2259A(a)(3);
An assessment of $5,000, pursuant to the Justice for Victims of Trafficking Act of 2015;
Sex Offender Registration

**18 U.S.C. § 2253 – FORFEITURE ALLEGATIONS**

CASE NO. _____ 4:19-CR-06036-SMJ

AUSA       ATW
INITIAL_____